DESVERNINE et al., Respondents, v. RAMIREZ, Appellant. (Supreme Court, Appellate

Division, First Department. May 1, 1908.) Action by Peter E. Desvernine and others against Frank J. Ramirez. W. K. Barton, for appellant. J. S. Wise, Jr., for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.